IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)   :

This Document Relates To:   :   CIVIL ACTION NO.   MDL 875
<u>Eagle-Picher Industries, Inc.</u>
Bankrupt Defendant
                            :
                                    88-1559
ALL ACTIONS                 :
(See attached schedule
for case list)              :

## O R D E R   O F   D I S M I S S A L

DEFENDANT, Eagle-Picher Industries, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 3-18-02

Charles R. Weiner, Judge

Filed MAR 22 2002, Clerk U.S. District Court, District of Maryland

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3-19-02
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DICIAL PANEL ON MULTIDISTRICT LITIGATION - Individual Involvement Summary                                         February 20, 2002

Page: 1

Party Eagle-Picher Industries, Inc. is named in the following 89 OPEN action(s).

| | | | | |
|---|---|---|---|---|
| 875-ALN-2-1990-1467; | 875-ALN-2-1990-2348; | 875-ALN-2-1990-2350; | 875-ALN-2-1990-2352; | 875-ALN-2-1990-2353; |
| 875-ALN-2-1990-2354; | 875-ALN-2-1990-2355; | 875-ALN-2-1990-2358; | 875-ALN-2-1990-2360; | 875-ALN-2-1990-2361; |
| 875-ALN-2-1990-2391; | 875-ALN-2-1990-2392; | 875-ALN-2-1990-2631; | 875-ALN-2-1990-2666; | 875-ALN-2-1990-2667; |
| 875-ALN-2-1990-2668; | 875-ALN-2-1990-2669; | 875-ALN-2-1990-2671; | 875-ALN-2-1990-2672; | 875-ALN-2-1990-2673; |
| 875-ALN-2-1990-2674; | 875-ALN-2-1990-2675; | 875-ALN-2-1990-2676; | 875-ALN-2-1990-2677; | 875-ALN-2-1990-2678; |
| 875-ALN-2-1991-201; | 875-ALN-2-1991-208; | 875-ALN-2-1991-210; | 875-ALN-2-1991-315; | 875-ALN-2-1991-316; |
| 875-ALN-2-1991-317; | 875-ALN-2-1991-318; | 875-AZ-2-1988-1898; | 875-DC-1-1988-2493; | 875-DC-1-1989-1631; |
| 875-DC-1-1989-1632; | 875-DC-1-1989-1816; | 875-DC-1-1989-3137; | 875-DC-1-1990-666; | 875-DC-1-1990-1127; |
| 875-DC-1-1990-1443; | 875-DC-1-1990-2718; | 875-ILC-3-1988-3164; | 875-KYW-3-1990-436; | 875-KYW-3-1990-437; |
| 875-KYW-3-1990-439; | 875-KYW-3-1990-440; | 875-KYW-3-1990-441; | 875-KYW-3-1990-442; | 875-KYW-3-1990-483; |
| 875-KYW-3-1990-726; | 875-KYW-3-1990-730; | 875-KYW-3-1990-731; | 875-KYW-3-1990-732; | 875-KYW-3-1990-733; |
| 875-KYW-3-1990-734; | 875-KYW-3-1990-735; | 875-KYW-3-1990-736; | 875-KYW-3-1990-739; | 875-KYW-3-1990-740; |
| 875-KYW-3-1990-741; | 875-KYW-3-1990-742; | 875-KYW-3-1990-743; | 875-KYW-3-1990-744; | 875-KYW-3-1990-745; |
| 875-KYW-3-1990-746; | 875-KYW-3-1990-747; | 875-KYW-3-1990-748; | 875-KYW-3-1990-750; | 875-KYW-3-1990-751; |
| 875-KYW-3-1990-752; | 875-KYW-3-1990-753; | 875-LAW-5-1989-1453; | 875-LAW-5-1989-1823; | 875-MD-1-1988-1559; |
| 875-MD-1-1990-1772; | 875-NJ-2-1990-1816; | 875-NM-1-1990-630; | 875-NYN-1-1987-1047; | 875-NYN-1-1989-398; |
| 875-OHN-1-1990-10694; | 875-TXE-1-1989-482; | 875-TXE-2-1989-192; | 875-TXW-1-1989-1768; | 875-TXW-1-1990-67; |
| 875-TXW-1-1990-516; | 875-TXW-1-1990-652; | 875-WAE-1-1990-3087; | 875-WAE-2-1990-441 | |

NOTE: The civil actions listed are from ALL FILED litigations in CMS and reflect the date on which the report was run.
Cases enclosed in brackets {} signify either a closed case or a case in which the selected individual has been dismissed.

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

6645

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

March 19, 2002

UNITED STATES DISTRICT COURT
District of Maryland
Felicia C. Cannon, Clerk,
Edward A. Garmatz Federal Bldg.,
and U.S. Courthouse
Baltimore, MD 21201-2690

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 2 8 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267)299-7019.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

Sharon Carter
MDL Coordinator

enclosure: