IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)         :

                                      :         MD-1

This Document Relates To:             :   CIVIL ACTION NO. MDL 875
Eagle-Picher Industries, Inc.                   88-1559
Bankrupt Defendant
                                      :

   ALL ACTIONS                        :
(See attached schedule
   for case list)                     :


O R D E R   O F   D I S M I S S A L

DEFENDANT, Eagle-Picher Industries, Inc. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 11/19/02
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BY THE COURT

DEC - 3

Date: 11/18/02

Charles R. Weiner, Judge

**Judicial Panel on Multidistrict Litigation - Individual Involvement Summary**   Printed on 10/03/2002

*Party EAGLE-PICHER INDUSTRIES, INC. Is Involved In 84 Actions*

Page 1

**Civil Action(s)**

| | |
|---|---|
| -- MDL 875 -- | KYW-3-90-730 |
| ALN-2-90-1467 | KYW-3-90-731 |
| ALN-2-90-2348 | KYW-3-90-732 |
| ALN-2-90-2350 | KYW-3-90-733 |
| ALN-2-90-2352 | KYW-3-90-734 |
| ALN-2-90-2353 | KYW-3-90-735 |
| ALN-2-90-2354 | KYW-3-90-736 |
| ALN-2-90-2355 | KYW-3-90-739 |
| ALN-2-90-2358 | KYW-3-90-740 |
| ALN-2-90-2360 | KYW-3-90-741 |
| ALN-2-90-2361 | KYW-3-90-742 |
| ALN-2-90-2391 | KYW-3-90-743 |
| ALN-2-90-2392 | KYW-3-90-744 |
| ALN-2-90-2666 | KYW-3-90-745 |
| ALN-2-90-2667 | KYW-3-90-746 |
| ALN-2-90-2668 | KYW-3-90-747 |
| ALN-2-90-2669 | KYW-3-90-748 |
| ALN-2-90-2671 | KYW-3-90-750 |
| ALN-2-90-2672 | KYW-3-90-751 |
| ALN-2-90-2673 | KYW-3-90-752 |
| ALN-2-90-2674 | KYW-3-90-753 |
| ALN-2-90-2675 | LAW-5-89-1453 |
| ALN-2-90-2676 | LAW-5-89-1823 |
| ALN-2-90-2677 | MD-1-88-1559 |
| ALN-2-90-2678 | MD-1-90-1772 |
| ALN-2-91-201 | NJ-2-90-1816 |
| ALN-2-91-208 | NM-1-90-630 |
| ALN-2-91-210 | NYN-1-87-1047 |
| ALN-2-91-315 | NYN-1-89-398 |
| ALN-2-91-316 | OHN-1-90-10694 |
| ALN-2-91-317 | TXE-1-89-482 |
| ALN-2-91-318 | TXE-2-89-192 |
| AZ-2-88-1898 | WAE-1-90-3087 |
| DC-1-88-2493 | WAE-2-90-441 |
| DC-1-89-1631 | |
| DC-1-89-1632 | |
| DC-1-89-1816 | |
| DC-1-89-3137 | |
| DC-1-90-666 | |
| DC-1-90-1127 | |
| DC-1-90-1443 | |
| DC-1-90-2718 | |
| ILC-3-88-3164 | |
| KYW-3-90-436 | |
| KYW-3-90-437 | |
| KYW-3-90-439 | |
| KYW-3-90-440 | |
| KYW-3-90-441 | |
| KYW-3-90-442 | |
| KYW-3-90-483 | |
| KYW-3-90-726 | |

*Key => Civil Actions enclosed by () have been closed. A \* indicates that the*